NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER JOHN RUDY,**
*Plaintiff-Appellant,*

**v.**

**MICHELLE K. LEE, Deputy Director, United States Patent and Trademark Office, DEPUTY UNDERSECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY, AND BARACK OBAMA, in capacity as President of the United States or under color of the Office of President and individually,**
*Defendants-Appellees.*

---

2014-1056

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00278-LMB-TCB, Judge Leonie M. Brinkema.

---

**JUDGMENT**

---

CHRISTOPHER JOHN RUDY, of Port Huron, Michigan, pro se.

KIMERE J. KIMBALL, Special Assistant, United States Attorney, of Alexandria, Virginia, for defendants-appellees. With her on the brief were DANA J. BOENTE, Acting United States Attorney, and BENJAMIN T. HICKMAN, Special Assistant, United States Attorney. Of counsel on the brief were MONICA B. LATEEF and COKE MORGAN STEWART, Associate Solicitors. Of counsel was NATHAN K. KELLEY, Solicitor,

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 11, 2014     
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court